**Harry L. Dixon, and Sabina E. Dixon, Plaintiffs-Appellees, v. Montgomery Ward & Co., Inc., Defendant-Appellant.**

Gen. No. 10,868.

Second District.
February 15, 1956.
Released for publication March 5, 1956.

Allen, Matthews, Jordan & Dean, for appellant; Everett Jordan, of counsel; William C. O'Brien, for appellees; Wilson D. Burnell, Donald L. Puckett, and Joseph H. Barnett, of counsel. Opinion by JUSTICE CROW. Not to be published in full.